Alan Adelman, Esq., CA Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
San Francisco, CA 94108
Tel: 415-956-1376
Fax: 415-358-4060

Attorney for Plaintiff
ALEXANDRA HERNANDEZ

David McLaughlin, SBN 131973
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Tel. (650) 780-1717
Fax. (650) 780-1701

Attorney for Defendant
MIDPEN HOUSING CORPORATION, a California nonprofit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>MIDPEN HOUSING CORPORATION,<br><br>Defendant. | Case No. C 13-05983 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: April 2, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom A, 15th Floor<br>Hon. Magistrate Nathanael Cousins<br><br>Complaint Filed:   December 30, 2013 |

The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to continue the hearing date for the Initial Case Management Conference.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  WHEREAS the Initial Case Management Conference is currently set to take place on
2  April 2, 2014 at 10:00 a.m.;

3  WHEREAS Plaintiff's attorney of record, Alan Adelman, Esq., is scheduled to be in
4  Arizona on April 2, 2014;

5  WHEREAS Defendant's motion to dismiss remains pending and the pleadings in this
6  matter have not yet been settled;

7  WHEREAS the parties wish to reschedule the Initial Case Management Conference for a
8  date by which the pleadings have been settled and on which counsel for both parties are available
9  to appear;

10  WHEREAS counsel for both parties are available to attend an Initial Case Management
11  Conference on May 7, 2014;

12  Accordingly, the parties to this matter, by and through their attorneys of record, hereby
13  stipulate to continuing the hearing date for the Initial Case Management Conference to May 7,
14  2014 at 10:00 a.m.;

15  SO STIPULATED.

DATED: March 26, 2014                    ROPERS, MAJESKI, KOHN & BENTLEY

                                          By: /s/ David M. McLaughlin
                                             David M. McLaughlin
                                             Attorneys for Defendant
                                             MIDPEN HOUSING CORPORATION

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

DATED:  March 26, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF ALAN ADELMAN


　　　　　　　　　　　　　　　　　　　By:  /s/ Alan Adelman
　　　　　　　　　　　　　　　　　　　　　Alan Adelman
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　ALEXANDRA HERNANDEZ


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, this Court's Order Setting Initial Case Management Conference and ADR Deadlines is modified as follows:

The Initial Case Management Conference shall be conducted in Courtroom A of this Court on May 7, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Date:  　March 27, 2014　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MAGISTRATE NATHANAEL M. COUSINS

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]*

---

3

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE