Alan Adelman, Esq., CA Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 4th Floor
San Francisco, CA 94108
Tel: 415-956-1376
Fax: 415-358-4060

Attorney for Plaintiff
ALEXANDRA HERNANDEZ

David McLaughlin, SBN 131973
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Tel. (650) 780-1717
Fax. (650) 780-1701

Attorney for Defendant
MIDPEN HOUSING CORPORATION, a California nonprofit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIDPEN HOUSING CORPORATION,<br><br>　　　　Defendant. | Case No. C 13-05983 NC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: July 9, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom A, 15th Floor<br>Hon. Magistrate Nathanael Cousins<br><br>Complaint Filed: December 30, 2013 |

　　　　The parties to this litigation, by and through their respective attorneys of record, hereby submit this stipulation and [proposed] order to continue the hearing date for the Initial Case Management Conference.

RC1/7451948.1/JM7                                                                                                            C 13-05983 NC
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS the Case Management Conference is currently set to take place on July 9, 2014 at 10:00 a.m.;

WHEREAS Defendant's attorney of record, David M. McLaughlin, is scheduled to be in a mediation in Southern California on July 9, 2014;

WHEREAS Defendant's motion to dismiss remains pending and the pleadings in this matter have not yet been settled;

WHEREAS the parties wish to reschedule the Case Management Conference to July 2, 2014, which date is available on the Court's calendar and counsel for both parties are available to attend on that date; and

Accordingly, the parties to this matter, by and through their attorneys of record, hereby stipulate to continuing the hearing date for the Case Management Conference to July 2, 2014 at 10:00 a.m.

SO STIPULATED.

DATED: May 8, 2014                    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ David M. McLaughlin
David M. McLaughlin
Attorneys for Defendant
MIDPEN HOUSING CORPORATION


DATED: May 8, 2014                    Respectfully submitted,

LAW OFFICES OF ALAN ADELMAN


By: /s/ Alan Adelman
Alan Adelman
Attorney for Plaintiff
ALEXANDRA HERNANDEZ

RC1/7451948.1/JM7                              2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Case Management Conference shall be conducted in Courtroom A of this Court on July 2, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Date: May 19, 2014

HON. MAGISTRATE NATHANAEL COUSINS



GRANTED
Judge Nathanael M. Cousins

RC1/7451948.1/JM7

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE