# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MIDPEN HOUSING CORPORATION, et al.,<br><br>   Defendants. | Case No. 13-cv-05983 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 59 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and hearing date will be scheduled, provided that such motion is filed within 30 days.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: July 20, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-05983 NC
ORDER OF CONDITIONAL DISMISSAL