UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIDPEN HOUSING CORP.,<br><br>　　　　　Defendant. | Case No. 13-cv-05983 NC<br><br>**ORDER STRIKING EMAIL TO PROPOSED ORDER BOX** |

This morning the Court received an email in the proposed order inbox that, upon review, was an improvident "reply all" email that was intended for co-counsel, not the Court. This provides an opportunity to remind counsel of the powerful functionality of "reply all" and of the proverb "measure twice, cut once." If one has an inclination to draft a "reply all" email, especially a snarky email, it is particularly important to check the address field before pressing send.

The Court strikes the email and trusts that this mistake will not recur.

IT IS SO ORDERED.

Date:  July 31, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-05983 NC